**MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
ROBERT C. RODRIGUEZ, ESQ.
CA State Bar No. 224254

Attorneys for Defendant and Counter-Claimant,
ADMIRAL MERCHANTS MOTOR FREIGHT, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>ADMIRAL MERCHANTS MOTOR FREIGHT, INC., ROGER CREVISTON, COUNTY OF MERCED, and ATWATER ELECTRIC,<br><br>    Defendants.<br><br>ADMIRAL MERCHANTS MOTOR FREIGHT, INC.,<br><br>    Counter-Claimant,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, ROGER CREVISTON, ATWATER ELECTRIC and DOES 1 through 10, inclusive,<br><br>    Counter-Respondent. | No. 1:05-CV-00807-REC-DLB<br><br>ADMIRAL MERCHANTS MOTOR FREIGHT, INC.'S NOTICE OF DISMISSAL OF COUNTERCLAIM AGAINST ROGER CREVISTON<br><br>[FRCP Rule 41(c)] |

_____
Page 1
ADMIRAL MERCHANTS MOTOR FREIGHT, INC.'S NOTICE OF DISMISSAL OF COUNTERCLAIM AGAINST ROGER CREVISTON

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that counter-claimant ADMIRAL MERCHANTS MOTOR
3  FREIGHT, INC.'s (hereinafter referred to as "ADMIRAL") counterclaim against counter-
4  respondent ROGER CREVISTON is hereby dismissed without prejudice.  This is not a dismissal
5  of ADMIRAL's counterclaim as against any other named party in ADMIRAL's counterclaim, but
6  solely a dismissal as to counter-respondent ROGER CREVISTON.

8  DATED:  October 28, 2005.

9                                   **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**

12                                   By___/s/    Mark E. Berry_____
                                             MARK E. BERRY

28  _____
Page 2
ADMIRAL MERCHANTS MOTOR FREIGHT, INC.'S NOTICE OF DISMISSAL OF COUNTERCLAIM AGAINST ROGER CREVISTON

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Upon request by ADMIRAL MERCHANTS MOTOR FREIGHT, INC. for voluntary dismissal of its counterclaim solely as against ROGER CREVISTON, the court hereby orders ADMIRAL's counterclaim as against ROGER CREVISTON dismissed without prejudice.

It is so ordered.

DATED:  _____November 4, 2005_____

/s/ ROBERT E. COYLE

United States District Court Judge

_____
Page 3
ADMIRAL MERCHANTS MOTOR FREIGHT, INC.'S NOTICE OF DISMISSAL OF COUNTERCLAIM AGAINST ROGER CREVISTON

PDF created with pdfFactory trial version www.pdffactory.com