MICHAEL L. MASON , #59707
LAW OFFICES OF
**MASON, ROBBINS, GNASS & BROWNING**
700 Loughborough Dr., Suite "D"
P.O. Box 2067
Merced, CA  95344-0067
Telephone:  (209) 383-9334

Attorney for Defendant COUNTY OF MERCED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>           Plaintiff,<br><br>     vs.<br><br>ADMIRAL MERCHANTS MOTOR FREIGHT, INC., ROGER CREVISTON, COUNTY OF MERCED, and ATWATER ELECTRIC,<br><br>           Defendants. | Case No.: 1:05-CV-00807-REC-DLB<br><br>Action Filed:   June 30, 2005<br><br>(Honorable Robert E. Coyle, Judge Presiding)<br><br>**ORDER TO EXTEND NON-EXPERT DISCOVERY DEADLINE** |

**IT IS ORDERED** the deadline for non-expert discovery of May 13, 2006 shall be extended for 30 days to and including June 14, 2006.

DATED: April 25, 2006             ____/s/ Dennis L. Beck_____
                                  UNITED STATES MAGISTRATE JUDGE

-1-

National Railroad Passenger Corp. v. Admiral Merchants Motor Freight, Inc., etal
Proposed Order to Extend Non-Expert Discovery Deadline
Case No. 1:05-CV-00807-REC-DLB