MICHAEL L. MASON , #59707
LAW OFFICES OF
**MASON, ROBBINS, GNASS & BROWNING**
700 Loughborough Dr., Suite "D"
P.O. Box 2067
Merced, CA 95344-0067
Telephone: (209) 383-9334

Attorney for Defendant COUNTY OF MERCED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>            Plaintiff,<br><br>     vs.<br><br>ADMIRAL MERCHANTS MOTOR FREIGHT, INC., ROGER CREVISTON, COUNTY OF MERCED, and ATWATER ELECTRIC,<br><br>            Defendants. | Case No.: 1:05-CV-00807-AWI-DLB<br><br>Action Filed:   June 30, 2005<br><br>(Honorable Judge Dennis L. Beck<br><br>**STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE AND ORDER** |

   The undersigned hereby stipulate and agree that there is a need to extend the period of time for non-expert discovery. This is a follow up to a previous request made by stipulation on or about April 25, 2006. It was thought at the time that a 30 day extension would be sufficient, but scheduling problems for four different attorneys and scheduling problems with respect to new witnesses identified in the course of most recent discovery, when coupled with the unavailability of Roger Creviston, a principal Defendant in this matter, has made completion of discovery by the June 14, 2006 deadline impossible. The parties, therefore request and stipulate to an extension of discovery up to and including July 14, 2006.

-1-

National Railroad Passenger Corp. v. Admiral Merchants Motor Freight, Inc., etal
Stipulation to Extend Non-Expert Discovery Deadline and Order
Case No. 1:05-CV-00807-AWI-DLB

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that due to the need for additional time for non-expert discovery of the prior deadline of June 14, 2006 shall be extended to and including July 14, 2006.

DATED:     June 12, 2006          LOMBARDI, LOPER & CONANT, LLP

```
                                   __  /s/ B. CLYDE HUTCHINSON_____
                                   B. CLYDE HUTCHINSON
                                   Attorney for Plaintiff,
                                   NATIONAL RAILROAD PASSENGER CORPORATION
```

DATED:     June 12, 2006          JACOBSON, HANSEN, NAJARIAN & McQUILLAN

```
                                   _____/s/ LEITH B. HANSEN_____
                                   LEITH B. HANSEN, Attorney for
                                   Defendant, ATWATER ELECTRIC
```

DATED:     June 12, 2006          MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

```
                                   _____/s/_MARK E. BERRY_____
                                   MARK E. BERRY, Attorney for
                                   Defendant, ADMIRAL MERCHANTS MOTOR
                                   FREIGHT INC., and ROGER CREVISTON
```

DATED:     June 12, 2006          MASON, ROBBINS, GNASS & BROWNING

```
                                   _____/s/ MICHAEL L. MASON_____
                                   MICHAEL L. MASON, Attorney for
                                   Defendant COUNTY OF MERCED
```

-2-

National Railroad Passenger Corp. v. Admiral Merchants Motor Freight, Inc., etal
Stipulation to Extend Non-Expert Discovery Deadline and Order
Case No. 1:05-CV-00807-AWI-DLB

**ORDER**

**IT IS ORDERED** the deadline for non-expert discovery of June 14, 2006 shall be extended for 30 days to and including July 14, 2006.

DATED:    June 12, 2006                    ___/s/ Dennis L. Beck_____
                                           UNITED STATES MAGISTRATE JUDGE

-3-

National Railroad Passenger Corp. v. Admiral Merchants Motor Freight, Inc., etal
Stipulation to Extend Non-Expert Discovery Deadline and Order
Case No. 1:05-CV-00807-AWI-DLB