MICHAEL L. MASON , #59707
LAW OFFICES OF
**MASON, ROBBINS, GNASS & BROWNING**
700 Loughborough Dr., Suite "D"
P.O. Box 2067
Merced, CA  95344-0067
Telephone:  (209) 383-9334

Attorney for Defendant COUNTY OF MERCED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>            Plaintiff,<br><br>     vs.<br><br>ADMIRAL MERCHANTS MOTOR FREIGHT, INC., ROGER CREVISTON, COUNTY OF MERCED, and ATWATER ELECTRIC,<br><br>            Defendants. | Case No.: 1:05-CV-00807-AWI-DLB<br><br>Action Filed:   June 30, 2005<br><br>(Honorable Judge Dennis L. Beck<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER** |

In its Scheduling Order the Court fixed June 15, 2006 at 10:00 a.m. in Courtroom 5 as the time and date for a Settlement Conference in the above captioned matter.

The parties in this proceeding have not yet completed discovery concerning non-experts and disclosure of expert witnesses is to occur on July 14, 2006.

The undersigned counsel all agree that this is a case which will require substantial expert witness testimony related to signals and control boxes located at the subject intersection.  In light of the fact that no experts have yet been disclosed, and thus no expert deposition testimony taken, the undersigned believe that a Settlement Conference at this early date would be a waste of the Courts' and the

-1-

National Railroad Passenger Corp. v. Admiral Merchants Motor Freight, Inc., etal
Stipulation to Continue Settlement Conference and Order
Case No. 1:05-CV-00807-AWI-DLB

parties' time.  None of the parties are currently in a position to fully and fairly evaluate potential exposure.

For the forgoing reasons, the undersigned request that the Court vacate the Settlement Conference date of June 15, 2006 at 10:00 a.m. in Department 5 and fix a new date a reasonable period of time after disclosure of expert witnesses to allow the parties to fully explore their potential exposures.

**IT IS HEREBY STIPULATED** by and between the parties thereto, through their respective counsel that due to reasons mentioned herein-above, the Settlement Conference scheduled for June 15, 2006, should be continued to a reasonable time after disclosure of expert witnesses.

```
DATED:    June 12, 2006         LOMBARDI, LOPER & CONANT, LLP

                                _____/s/_B. CLYDE HUTCHINSON_____
                                B. CLYDE HUTCHINSON
                                Attorney for Plaintiff,
                                NATIONAL RAILROAD PASSENGER CORPORATION

DATED:    June 12, 2006         JACOBSON, HANSEN, NAJARIAN & McQUILLAN

                                _____/s/_LEITH B. HANSEN_____
                                LEITH B. HANSEN, Attorney for
                                Defendant, ATWATER ELECTRIC

DATED:    June 12, 2006         MAYALL, HURLEY, KNUTSEN, SMITH & GREEN


                                _____/s/ MARK E. BERRY_____
                                MARK E. BERRY, Attorney for
                                Defendant, ADMIRAL MERCHANTS MOTOR
                                FREIGHT INC., and ROGER CREVISTON

DATED:    June 12, 2006         MASON, ROBBINS, GNASS & BROWNING


                                _____/s/_MICHAEL L. MASON _____
                                MICHAEL L. MASON, Attorney for
                                Defendant COUNTY OF MERCED
```

-2-

National Railroad Passenger Corp. v. Admiral Merchants Motor Freight, Inc., etal
Stipulation to Continue Settlement Conference and Order
Case No. 1:05-CV-00807-AWI-DLB

**ORDER**

**IT IS ORDERED** the Settlement Conference scheduled for June 15, 2006, shall be continued to August 9, 2006 at 10:00 a.m.


DATED:     June 12, 2006            ___/s/ *Dennis L. Beck*_____
                                    UNITED STATES MAGISTRATE JUDGE

-3-

National Railroad Passenger Corp. v. Admiral Merchants Motor Freight, Inc., etal
Stipulation to Continue Settlement Conference and Order
Case No. 1:05-CV-00807-AWI-DLB