**MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DAVID M. TRENT, ESQ.
CA State Bar No. 238856

Attorneys for Defendant and Counter Claimant,
ADMIRAL MERCHANTS MOTOR FREIGHT, INC.
and Defendant ROGER CREVISTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION,** | No. 1:05-CV-00807-REC-DLB |
| Plaintiff, | **ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE AND EXTENDING DEADLINE FOR DISCLOSURE OF EXPERTS.** |
| vs. | |
| **ADMIRAL MERCHANTS MOTOR FREIGHT, INC., ROGER CREVISTON, COUNTY OF MERCED, and ATWATER ELECTRIC,** | |
| Defendants. | |
| **ADMIRAL MERCHANTS MOTOR FREIGHT, INC.,** | |
| Counter-Claimant, | |
| vs. | |
| **ATWATER ELECTRIC, COUNTY OF MERCED, BNSF RAILWAY COMPANY and DOES 1 through 50, inclusive,** | |
| Cross-Defendants. | |

_____
Page 1
PROPOSED ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE  AND EXTENDING DEADLINE FOR DISCLOSURE OF EXPERTS.

**IT IS ORDERED**, the deadline for non-expert discovery of July 14, 2006 shall be extended for 90 days to and including October 11, 2006.

**IT IS ORDERED,** the deadline for disclosure of experts of July 14, 2006 shall be extended for 90 days to and including October 11, 2006.

DATE: July 14, 2006


    /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

_____
Page 2
PROPOSED ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE  AND EXTENDING DEADLINE FOR DISCLOSURE OF EXPERTS.