**MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DAVID M. TRENT, ESQ.
CA State Bar No. 238856

Attorneys for Defendant and Counter Claimant,
ADMIRAL MERCHANTS MOTOR FREIGHT, INC.
and Defendant ROGER CREVISTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION,** | No. 1:05-CV-00807-REC-DLB |
| Plaintiff, | **PROPOSED ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE AND PRETRIAL CONFERENCE** |
| vs. | |
| **ADMIRAL MERCHANTS MOTOR FREIGHT, INC., ROGER CREVISTON, COUNTY OF MERCED, and ATWATER ELECTRIC,** | |
| Defendants. | |
| **ADMIRAL MERCHANTS MOTOR FREIGHT, INC.,** | |
| Counter-Claimant, | |
| vs. | |
| **ATWATER ELECTRIC, COUNTY OF MERCED, BNSF RAILWAY COMPANY and DOES 1 through 50, inclusive,** | |
| Cross-Defendants. | |

_____
Page 1
PROPOSED ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE AND PRETRIAL CONFERENCE.

1   **IT IS ORDERED**, that Mandatory Settlement Conference of August 9, 2006 be
2   continued to December 11, 2006 at 10:00 am.

4   **IT IS ORDERED**, that Pretrial Conference of December 8, 2006 be continued to
5   December 15, 2006 at 8:30 pm.

7   DATE: August 9, 2006.

            ____/s/ *Dennis L. Beck*_____
            UNITED STATES MAGISTRATE JUDGE

_____
Page 2
PROPOSED ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE AND PRETRIAL CONFERENCE.