IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>           Plaintiff,<br>   v.<br><br>ADMIRAL MERCHANTS MOTOR FREIGHT, INC., ROGER CREVISTON, COUNTY OF MERCED, and ATWATER ELECTRIC,<br><br>           Defendants.<br><br>AND RELATED CROSS ACTIONS. | CV F 05-0807 AWI DLB<br><br>ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT |

Defendant Atwater Electric motion for summary judgment on the cross-claims of Admiral Merchants Motor Freight, Inc., Roger Creviston, and County of Merced is pending and has been set for hearing in this case on December 4, 2006.[1]  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 4, 2006, is VACATED, and the parties shall not appear at that time.  As of December

---

[1] Other motions for summary judgment had also been set for December 4, 2006. However, because of Plaintiff's notices of non-opposition, in an order accompanying this order, the court has granted the other motions and vacated the hearing date.

4, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 27, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE

2