**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ADMIRAL MERCHANTS MOTOR FREIGHT, INC., ROGER CREVISTON, COUNTY OF MERCED, and ATWATER ELECTRIC,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED CROSS ACTIONS.<br>_____ | CV F 05-0807 AWI DLB<br><br>ORDER GRANTING ADMIRAL MERCHANTS MOTOR FREIGHT, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION (AMTRACK)<br><br>ORDER GRANTING COUNTY OF MERCED'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION (AMTRACK)<br><br>(Documents #61 & #66) |

On November 11, 2006, Defendant Atwater Electric filed a motion for summary judgment. Defendant Atwater Electric requests summary judgment as to Plaintiff National Railroad Passenger Corporation ("Amtrack"). Defendant Atwater's motion also includes a request for summary judgment as to the cross-claims of Admiral Merchants Motor Freight, Inc., Roger Creviston, and County of Merced. On November 16, 2006, Plaintiff Amtrack filed a notice of non-opposition to Defendant Atwater Electric's motion for summary judgment. On November 20, 2006, Admiral Merchants Motor Freight, Inc. and Roger Creviston filed an opposition to Defendant Atwater Electric's motion for summary judgment. Accordingly, based on Plaintiff Amtrack's notice, Defendant Atwater Electric's motion will be granted as to Amtrack and the hearing date vacated.

On November 11, 2006, Defendant County of Merced filed a motion for summary judgment or in the alternative summary adjudication, as to Plaintiff Amtrack.   On November 16, 2006, Plaintiff Amtrack filed a notice of non-opposition to Defendant County of Merced's motion.   Accordingly, based on Plaintiff Amtrack's notice, Defendant County of Merced's motion will be granted and the hearing date vacated.

Accordingly, the court ORDERS that:

1. The previously set hearing date of December 4, 2006, is VACATED, and no party shall appear at that time;

2. Atwater Electric's motion for summary judgment as to Plaintiff Amtrack is GRANTED; and

3. County of Merced's motion for summary judgment as to Plaintiff Amtrack is GRANTED.

IT IS SO ORDERED.

**Dated:   November 28, 2006**          /s/ Anthony W. Ishii
0m8i78                               UNITED STATES DISTRICT JUDGE

2