IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD<br>PASSENGER CORPORATION,<br><br>           Plaintiff,<br>     v.<br><br>ADMIRAL MERCHANTS MOTOR<br>FREIGHT, INC., ROGER<br>CREVISTON, COUNTY OF MERCED,<br>and ATWATER ELECTRIC,<br><br>           Defendants.<br>_____<br><br>AND RELATED CROSS ACTIONS.<br>_____ | CV F 05-0807 AWI DLB<br><br>ORDER AMENDING COURT'S<br>NOVEMBER 30, 2006 ORDER<br>GRANTING MOTIONS FOR<br>SUMMARY JUDGMENT<br><br>(Documents #87) |

On November 30, 2006, the court issued an order granting Defendant Atwater Electric's motion for summary judgment as to Plaintiff National Railroad Passenger Corporation ("Amtrack") and granting Defendant County of Merced's motion for summary judgment as to Plaintiff Amtrack.  These motions were granted because Amtrack filed a notice of non-opposition to the motions.   Defendant Atwater Electric's opposed motion for summary judgment as to the cross-claims of Admiral Merchants Motor Freight, Inc.,  Roger Creviston, and County of Merced remains pending, and the court will issue an order in due course.

A review of the court's November 30, 2006 order indicates that the court mistakenly referenced a motion for summary judgment filed by Admiral Merchants Motor Freight, Inc. in the heading of the court's order.   Admiral Merchants Motor Freight, Inc. did not file a motion

for summary judgment.

    The court has the inherent discretion to reconsider and amend prior orders. <u>Barber v. Hawaii</u>, 42 F.3d 1185, 1198 (9th Cir.1994); <u>United States v. Nutri-cology, Inc.</u>, 982 F.2d 394, 396 (9th Cir.1992). Accordingly, the court ORDERS that any references to a motion for summary judgment filed by Admiral Merchants Motor Freight, Inc. in the court's November 30, 2006 are STRICKEN. As previously stated, Atwater Electric's motion for summary judgment as to Plaintiff Amtrack is GRANTED; and County of Merced's motion for summary judgment as to Plaintiff Amtrack is GRANTED.

IT IS SO ORDERED.

**Dated:   December 5, 2006**              /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

2