IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>      **Plaintiff**,<br>    v.<br><br>ADMIRAL MERCHANTS MOTOR FREIGHT, INC., ROGER CREVISTON, COUNTY OF MERCED, and ATWATER ELECTRIC,<br><br>      **Defendants**.<br><br>AND RELATED CROSS ACTIONS. | CV F 05-0807 AWI DLB<br><br>**ORDER DISMISSING ATWATER ELECTRIC**<br><br>(Document #93) |

      On January 3, 2007, the parties filed a stipulation of dismissal of the complaint and cross-complaints against Atwater Electric, only, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

      Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

1   Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an
2   answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,
3   although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan
4   Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.
5   1986).  "The plaintiff may dismiss some or all of the defendants, or some or all of his claims,
6   through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the
7   defendants who are the subjects of the notice."  Wilson v. City of San Jose, 111 F.3d 688, 692
8   (9th Cir. 1997); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995).

9   Because Plaintiff, Cross-Claimants, and Counter-Claimants have filed a stipulation for
10  dismissal with prejudice as to Atwater Electric under Rule 41(a)(1)(ii) that is signed by all parties
11  who have made an appearance, this case has terminated as to Atwater Electric.    Therefore, IT
12  IS HEREBY ORDERED that Atwater Electric is DISMISSED from this action, each party to
13  bear its own costs.

15  IT IS SO ORDERED.

16  **Dated:   January 9, 2007**                         **/s/ Anthony W. Ishii**
    0m8i78                                              UNITED STATES DISTRICT JUDGE

2